**Dismissed and Opinion Filed July 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00467-CV

## DAVA ALLEN, Appellant
## V.
## ALERN WANG, Appellee

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-01177-D**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The filing fee and docketing statement in this case are past due. By postcard dated April 13, 2015, we notified appellant the $195 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. Also by postcard April 13, 2015, we notified appellant the docketing statement had not been filed in this case. We directed appellant to file the docketing statement within ten days. We cautioned appellant that failure to do so might result in dismissal of this appeal. Both notices were sent to the address provided by appellant on her notice of appeal, and both notices were returned as "insufficient address unable to forward." To date, appellant has not paid the filing fee, filed the docketing statement, updated her address, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 42.3(b)(c).

150467F.P05

/Carolyn Wright/
_____

CAROLYN WRIGHT

CHIEF JUSTICE

## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAVA ALLEN, Appellant

No. 05-15-00467-CV      V.

ALERN WANG, Appellee

On Appeal from the County Court at Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-15-01177-D.
Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee ALERN WANG recover his costs of this appeal from appellant DAVA ALLEN.

Judgment entered July 30, 2015.